# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0671.  NESBITT v. ADAMS.**

  This appeal was docketed on November 19, 2020, such that appellant Derrick Nesbitt's initial brief was due on December 9, 2020. Rule 23 (a) (appellant's initial brief is due within 20 days of docketing). As of January 4, 2021, however, Nesbitt had neither filed an initial brief nor asked for an extension of time to do so. This appeal is therefore DISMISSED for failure to file a brief.  See id. (appellant's failure to file a timely brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/08/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*